CF HY LLC, Respondent, v Hudson Yards LLC et al., Defendants, and Baruch Singer, Appellant.

Submitted May 31, 2016; decided June 28, 2016

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no appeal lies as of right pursuant to CPLR 5601 (d) from the April 2016 order of Supreme Court because that order does not finally determine the action within the meaning of the Constitution.

In the Matter of Dior Polo G., an Infant. Carrie D. Tillman, Appellant; Ronald Rossi et al., Respondents.

Submitted May 31, 2016; decided June 28, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1057 (2015)].

Donette Kingston, Appellant, v New York City Police Department, Respondent.

Submitted May 23, 2016; decided June 28, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 975 (2016)].